**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

        Plaintiff,      :       Case No. 3:19-cr-18
- vs -                                   District Judge Thomas M. Rose
                                            Magistrate Judge Michael J. Newman

LUIS MEZA-MIRANDA,

        Defendant.      :

___

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 12)**

___

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael J. Newman (doc. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Plea Agreement herein and Defendant's plea of guilty pursuant to that agreement are accepted.

                                                                *s/Thomas M. Rose*

                                                          _____
                                                          Thomas M. Rose
                                                          United States District Judge